**DISMISS and Opinion Filed June 26, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-24-00185-CV

**ROGELIO LUNA AKA ROGELIO LUNA CARACHEO, Appellant**
**V.**
**SETH ABNER, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-23-08303**

## MEMORANDUM OPINION

Before Justices Molberg, Nowell, and Kennedy
Opinion by Justice Kennedy

Stating he has resolved all disputes with appellee, appellant has filed a motion to dismiss the appeal with prejudice. We grant the motion and dismiss the appeal with prejudice. *See* TEX. R. APP. P. 42.1(a).

/Nancy Kennedy/
NANCY KENNEDY
240185F.P05
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ROGELIO LUNA AKA ROGELIO
LUNA CARACHEO, Appellant

No. 05-24-00185-CV     V.

SETH ABNER, Appellee

On Appeal from the 192nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-23-08303.
Opinion delivered by Justice
Kennedy, Justices Molberg and
Nowell participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal with prejudice.

Subject to any agreement between the parties, we **ORDER** that appellee Seth Abner recover his costs, if any, of this appeal from appellant Rogelio Luna aka Rogelio Luna Caracheo.

Judgment entered June 26, 2024.